UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                               )        BK No.:   15-06980
                                     )
JOANNE KERN                          )        Chapter:  13
                                     )        Honorable Jack B. Schmetterer
                                     )
                                     )
         Debtor(s)                   )

## ORDER ON DEBTOR'S OBJECTION TO CLAIM 8-1 (IMTIAZ CARBIDE)

THIS MATTER coming to be heard upon the Debtors' Objection to Claim, the court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

IT IS ORDERED:

1. For Imtiaz Carbide's Claim 8-1, the Amount of Claim as of Date Case Filed is reduced to $5,972.48.

2. For Imtiaz Carbide's Claim 8-1, the claimed priority under 11 U.S.C. §507(a)(7) is stricken, and the claim shall be paid by the Trustee as a general, unsecured claim.

Enter:

United States Bankruptcy Judge

SEP 30 2015

Dated: 9/30/15

**Prepared by:**
Dustin B. Allen
ARDC# 6312451
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090

**Miscellaneous:**

15-06980 Joanne B. Kern

Type: bk                    Chapter: 13 v                    Office: 1 (Chicago)
Assets: y                    Judge: JBS

### U.S. Bankruptcy Court

### Northern District of Illinois

Notice of Electronic Filing

The following transaction was received from David M Siegel entered on 9/11/2015 at 2:47 PM CDT and filed on 9/11/2015
**Case Name:**        Joanne B. Kern
**Case Number:**      15-06980
**Document Number:** 40

**Docket Text:**
Proposed Order - Order on Objection to Claim 8-1 Filed by David M Siegel on behalf of Joanne B. Kern (RE: [25] Motion to Disallow Claim(s)). (Siegel, David)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Kern - Amended Order.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686655 [Date=9/11/2015] [FileNumber=54191711-0] [0d1a94b050bfc5bf27533a6f0b41f343e79da896f3d4b96f6416cb9bc69e6fc3d1 b5ba910694c576c8deb21f8d0b80a40bea0fda9b2d9ecdd74b8b18f00748cb]]

**15-06980 Notice will be electronically mailed to:**

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Lisa Lowe on behalf of Creditor Sterling Jewelers, Inc. dba Jared The Galleria of Jewelry
lowe@buckleyking.com

David M Siegel on behalf of Debtor Joanne B. Kern
davidsiegellaw@hotmail.com,
davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com

Tom Vaughn
ecf@tvch13.net, ecfchi@gmail.com

**15-06980 Notice will not be electronically mailed to:**