UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 15-06980 |
| | ) | |
| JOANNE KERN | ) | Chapter: 13 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER ALLOWING SETTLEMENT AND DISBURSEMENT OF FUNDS

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) The Debtor is allowed to settle her personal injury claim resulting from her car accident on November 7, 2015.

2) The Debtor's personal injury attorney is allowed to disburse proceeds of the personal injury settlement to the Debtor in an amount not to exceed $15,000.00.

3) In the event that the net proceeds of the settlement (after disbursement of attorney's fees, attorney's expenses, and medical liens) exceeds $15,000.00, the personal injury attorney shall disburse those excess funds to the Chapter 13 Trustee.

Enter: *[signature]*

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: May 23, 2018

**Prepared by:**

Dustin B. Allen
IARDC#6312451
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100