# Law Offices
# JOHN C. WUNSCH, P.C.

77 West Washington Street
Suite 1420
Chicago, Illinois 60602

P: (312) 977-9900

F: (312) 236-2573
E: info@wunschlaw.com

John C. Wunsch

Paralegals
Annalise G. Norling

SETTLEMENT DISTRIBUTION SHEET
JOANNE KERN VS. ALLSTATE INSURANCE COMPANY

TOTAL AWARD .................................................. $ 82,500.00
      LESS ............................................. $ 25,000.00 (SET OFF)

**NET AWARD**.................................$ 57,500.00

ATTORNEY'S FEES ............................................ $ 19,166.66
    $1/3^{rd}$ x 57,500.00 = $ 19,166.66
        $2/3^{RD}$ s to Wunsch = $ 12,777.78
        $1/3^{rd}$ to Edens = $ 6,388.88

EXPENSES

ADR Systems --- Cost of Arbitration........................... $ 1,495.00
ADR Systems – Review of Materials / Hearing.................$ 530.00
Dr. Shawn O'Leary /Statement/ Deposition ..................$ 2,400.00
Erwin Cohn (Arbitrator)........................................... $ 650.00
McCorkle Court Reporters......................................... $ 526.35
(Sworn Statement/Deposition of Dr. O'Leary)
McCorkle. Court Reporters........................................ $ 231.00
(Deposition / Sworn Statement – Joanne Kern)
Ferrandino Reporting............................................... $ 409.00
(Depositions Joanne and Jeffery Kern)

~~FedEx...................................................$ 74.90~~ Not Deducted
~~FedEx...................................................$ 3.38~~ Not Deducted
~~FedEx...................................................$ 161.04~~ Not Deducted
~~FedEx...................................................$ 54.00~~ Not Deducted
(Copies, binding, overnight mailings, etc…)(not deducted)

    Total ............... $ 6,241.35.................... $ 5,241.35 *–reduced for special client*

Law Offices
# JOHN C. WUNSCH, P.C.

Liens:

Lien: Dr. Igor Sher ................................................................. $ Waived
(JW called)(Confirmed spoke with Dr. Nagaj)

Lien: Dr. Eguert Nagaj ........................................................... $ Waived
(JW called)(Confirmed spoke with Dr. Nagaj)

Lien: Northwest Orthopedic Surgery SC ................................. $ Waived
(JW called)(Received email)

Lien: Jacob Burns Orlove (Health Plan) ...........................$ Waived
(JW communicated via email with Brandon Anderson)(Received email)

Northwest Surgicare ................................................................ $ 1,000.00
(Reduced from $ 3,766.00)(JW received call—negotiated amount)

Lien: Bankruptcy Trustee..............................................$ ?
(Not as yet determined…)

SHARE TO CLIENT............................................................. $ 32,091.99

I, JOANNE KERN, being over the age eighteen (18) years of age and of sound body and mind, hereby state that I consent and agree to this settlement in the amount of $ 32,091.99. I understand that this closes my case and that no further payments will be forthcoming. Any bills or balances of bills not hereinabove listed are my own responsibility for payment.


_____
JOANNE KERN   Dated