UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 15-06980
)
JOANNE KERN )
) Chapter: 13
) Honorable Jack Schmetterer
)
)
Debtor(s) )

### ORDER GRANTING MOTION TO AUTHORIZE DEBTOR TO SETTLE PERSONAL INJURY CASE and SHORTEN NOTICE

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) Debtor's Motion to Authorize Debtor to Settle Personal Injury Case and Shorten Notice is granted.

2) The Debtor is allowed to settle her personal injury claim resulting from her car accident on November 7, 2015.

3) The Debtor's personal injury attorney is allowed to disburse the proceeds of the personal injury settlement as follows:
   a) $19,166.66 to Debtor's personal injury attorneys as attorney's fees,
   b) $5,241.35 to Debtor's personal injury attorneys as expenses,
   c) $1,000.00 to medical lien creditors,
   d) $14,000.00 to Trustee Tom Vaughn as a full payoff of Debtor's case, and
   e) the remainder to Debtor.

4) Debtor's request to shorten the notice requirement is granted.

Enter:  /s/ Jack B. Schmetterer

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: July 29, 2020

**Prepared by:**

Robert C. Bansfield Jr., A.R.D.C. #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
davidsiegelbk@gmail.com